162 So. 926
### Claude H. THAXTON et al. v. Mrs. N. B. CHEATHAM.

6 Div. 548.

Court of Appeals of Alabama.
Aug. 27, 1935.

Cabaniss & Johnston, of Birmingham, for appellants.

Harsh, Harsh & Hare, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by consent.

157 So. 924
### Brooks THOMAS v. STATE.

2 Div. 545.

Court of Appeals of Alabama.
Nov. 6, 1934.

RICE, Judge.
Affirmed.

160 So. 925
### D. A. THOMAS v. CITY OF HUNTSVILLE.

8 Div. 58.

Court of Appeals of Alabama.
March 19, 1935.

SAMFORD, Judge.
Affirmed.

161 So. 922
### Jim THOMAS v. STATE.

8 Div. 163.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.

153 So. 924
### Ada THOMPSON v. STATE.

8 Div. 879.

Court of Appeals of Alabama.
March 6, 1934.

SAMFORD, Judge.
Affirmed.

160 So. 925
### Clarence THOMPSON v. STATE.

8 Div. 999.

Court of Appeals of Alabama.
March 19, 1935.

Raymond Murphy, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

"The procedure, practice and rules governing the Circuit Courts of Alabama shall in all things apply to and govern the procedure and practice in the Law and Equity Court of Lauderdale County. * * *" Loc. Acts Ala. 1931, pp. 72, 75, § 15.

The situation here is exactly (except for the nisi prius court involved) that that existed in Stewart v. State, ante, p. 78, 153 So. 296.

Upon the authority of the holding in that case, the judgment here is reversed, and the cause remanded.

Reversed and remanded.

163 So. 910
### James THOMPSON v. STATE.

4 Div. 194.

Court of Appeals of Alabama.
Nov. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.